1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| BRUCE GOURLEY )<br>) | Civil Action No. 1:05-CV-537 OWW LJO |
| )<br>Plaintiff, )<br>) | STIPULATION AND ORDER |
| vs. )<br>) | |
| JO ANNE B. BARNHART, )<br>Commissioner of Social )<br>Security, )<br>) | |
| Defendant. )<br>_____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until February 18, 2006, in which to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, April 21, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated: January 18, 2006 | /s/ Gina Fazio

2 | | GINA FAZIO,
 | | Attorney for Plaintiff.

3

 | Dated: January 19, 2006

4 | | MCGREGOR SCOTT
 | | United States Attorney

5

 | | By: /s/ Kristi C. Kapetan
6 | | (as authorized via facsimile)
 | | KRISTI C. KAPETAN
7 | | Assistant U.S. Attorney

8

9 | IT IS SO ORDERED.

10 | **Dated:   January 19, 2006**          **/s/ Lawrence J. O'Neill**
 | b9ed48                            UNITED STATES MAGISTRATE JUDGE