IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE GROULEY

          Plaintiff,

vs.

JO ANNE BARNART,
Commissioner of Social Security,

          Defendant.
          _____/

CASE NO. CV-F-05-0537 OWW LJO

**ORDER ON PARTIES STIPULATION FOR CONTINUANCE** (Doc. 19)

    On June 2, 2006, the parties filed a stipulation requesting a 30 day continuance to file objections to this Court's Findings and Recommendations. (Doc. 18.) The parties have not shown good cause for the continuance. Therefore, the Request is DENIED.

IT IS SO ORDERED.

**Dated:**   **June 2, 2006**                     **/s/ Lawrence J. O'Neill**
b9ed48                                 UNITED STATES MAGISTRATE JUDGE