IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GOURLEY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JO ANNE BARNHART,<br>Commissioner of Social Security,<br><br>                    Defendant.<br>_____/ | CASE NO. CV-F-05-0537 OWW LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 18.) |

On May 23, 2006, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days of the date of service thereof. The parties have not filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed.R.Civ.P. 72(b) and Local Rule 73-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/////

/////

/////

Accordingly, the Court HEREBY ORDERS as follows:

1. The findings and recommendations, May 23, 2006, are ADOPTED in full; and

2. This Court DENIES plaintiff's appeal from the administrative decision of the Commissioner of Social Security. The clerk of the Court is directed to enter judgment, as a matter of law, in favor of Commissioner and against plaintiff.

IT IS SO ORDERED.

**Dated:   June 24, 2006**              /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE